CCA # 13-13-00579-CR

OFFENSE: Aggravated Perjury

STYLE: Christopher Long v. The State of Texas

COUNTY: De Witt

TRIAL COURT: 24th District Court
TRIAL COURT #: 13-05-11,818
TRIAL COURT JUDGE: Hon. Jack W. Marr
DISPOSITION: Affirmed

MOTION
FOR REHEARING IS: _____
DATE: January 15, 2015
JUDGE: Longoria

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____          DNP: _____

CLK RECORD: _____X_____

RPT RECORD: _____X_____

STATE BR: _____X_____

APP BR: _____X_____

SUPP CLK RECORD _____

SUPP RPT RECORD _____X_____

SUPP BR _____X_____

PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # **259-15**

----------------------

__APPELLANT'S__ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_Refused_
DATE: _Sept. 16, 2015_
JUDGE: _PC_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____          PC: _____
PUBLISH: _____          DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____